| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 9:09-CR-21(4) |
| | § | |
| TERRY LYNN STANSBY | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of her supervised release and waived her right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#324) are ADOPTED. The Court finds that the defendant, Terry Lynn Stansby, violated conditions of supervised release and ORDERS that her supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of twelve (12) months and one (1) day imprisonment to be followed by a new two (2) year term of supervised release. The conditions of supervision will be set forth in a separate revocation judgment. The Court recommends placement in the Federal Correctional Institution (FCI) in Tallahassee, Florida, or the Federal Correctional Institution (FCI) in Aliceville, Alabama.

SIGNED at Plano, Texas, this 14th day of May, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE