| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 9:09-CR-21(4) |
| | § | |
| TERRY LYNN STALSBY | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of her supervised release and waived her right to be present and allocute at sentencing. The parties filed notices (#337, #338) indicating they have no objections to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#336) are ADOPTED. The Court finds that the defendant, Terry Lynn Stalsby, violated conditions of supervised release and ORDERS that her supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of twelve (12) months and one (1) day imprisonment to include 179 days of unserved halfway house time and no additional supervision to follow. The Court recommends any credit for back incarceration time as allowed by law and placement in the Federal Correctional Institution (FCI) in Aliceville, Alabama.

SIGNED at Beaumont, Texas, this 16th day of February, 2021.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE